Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                     CASE NO:  25-32067-SGJ-13
**HUBERT EDWARD CUMMINGS**
        **DEBTOR**

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The 341 Meeting of Creditors has not been concluded.

The Trustee asserts that the Debtor has not complied with 11 U.S.C. Sections 1325(a)(9) and 1308. In this regard, the Trustee would show:

- Debtor has not provided to the Trustee the tax forms for 2024

Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                        Respectfully submitted,
                                                         THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                         By: /s/ Tara Tankersley

                                                         Tara Tankersley
                                                         State Bar No. 19636900
                                                         Attorney For Tom Powers
                                                         5601 Executive Dr.
                                                         Suite 300
                                                         Irving, TX  75038
                                                         (214) 855-9200
                                                         Fax: (214) 965-0758

**Trustee's Amended Objection To Confirmation, Page 2**
**Case # 25-32067-SGJ-13**
**HUBERT EDWARD CUMMINGS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Amended Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service.

Debtor: HUBERT EDWARD CUMMINGS, 2424 56TH ST, DALLAS, TX 75241

Attorney: ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054**

Creditor(s): DALLAS COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX 75219

SPECTOR AND COX PLLC, 12770 COIT RD, STE 850, DALLAS, TX 75251

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: July 21, 2025      By: /s/ Tara Tankersley