

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ENTERED**
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2025**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                          Case No. 25-32067-SGJ-13
HUBERT EDWARD CUMMINGS
        Debtor

---

### Order Dismissing Chapter 13 Case pursuant to General Order 2023-04

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor failed to timely pay the Trustee the first payment specified in Debtor plan within 30 days after filing of the petition date;

**IT IS, THEREFORE ORDERED**, that the above proceeding be and hereby is in all things **DISMISSED without prejudice** PROVIDED that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

Order Dismissing Chapter 13 Case Pursuant to General Order 2023-04, Page 2
25-32067-SGJ-13
HUBERT EDWARD CUMMINGS

**IT IS FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that this is a single debtor case or a joint debtor case and both debtors are dismissed.

### ### End of Order ###

Signed:    /s/ Thomas D. Powers
_____
Chapter 13 Trustee

Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0756  (Fax)